undefined         134   137 103 104 1516 157 145 157 158 146 159 158 159 165               174 175 176 176 177 178 178 179 178 179 171 112 123 124 115 156              150 170 151 152 153 154 155 156 157 158 159 1510 1511 1512 151  153 154   157 158        1516 1517 1518 1519 1520 1521 1522 1523 1524 1525 1526 1527 1528 1529 1530 1541 1542    1546      1552  1554 1555 1566 157 157 158 159 1510 1511 1512 1513 1514 1515 1516 1517 1518 1519 1520 1521          1533 1534 1535 1536 1537 1538 1539 1540 1541 1542 1543 1544 1545 1546 1547 1548 1549 1550 1551   1554     1579   1582 1583 1584 1585 1596 1597 1508 1509 1510 1511 1512 1513 1514 1515 1516 1517 1518  1521 1522 1523 1524        1532 1533 1534 1535 1536 1537 1538 1539 1540 1541 1542 1543 1544 1545 1546 1547 1548 1549  1551 1552 1553 1554 1555       1572 1573 1574 1575 1576 1577 1578 1598 1599 1510 1511 1512 1513 1514 15156 1517   1521 1522 1523  1525 1526   1529    1533 1534 1535 1536 1537 1538 1539 1540 1541 1542 1543 1544 1545 1546 1547  1549 1550 1551 1552  1554   1578 1579 1570 1571 1572 1573 1574 1575 1576 1577 1578 1578 1579 1580 1581 1582 1583 1584 1585 1597 1598  1510 1511  1513 1514 1515   1518 1519 1520  1522 1523 1524 1525 1526 1527 1528 1529 1530 1531 1532 1533 1534 1535 1536 1537 1538 1539 1540 1541          1551 1552 1553 1554 1555 1566 1577 1578 1578 1579 1580 1581 1582 1583 1594 1595   1598 1599 1510    1514 1515 1516 1517 1518 1519 1520 1521 1522 1523 1524 1525 1526 1527 1528 1529 1530 1531 1532 1533    1537 1538 1539   1542 1543 1544   1547 1548 1549 1550 1551 1552 1553 1554 1555 1566 1577 1578 1579 1580 1581 1592 1593 1594 1595   1508 1509  1511  1513   1516 1517 1518 1519 1520 1521 1522 1523 1524 1525 1526 1527 1528 1529 1530 1531  1533 1534  1536  1538 1539  1540 1541 1542   1545 1546 1547 1548 1549 1550 1551 1552 1553 1554 1555 1566 1577 1578 1598 1599 1510             1523 1524 1525 1526 1527 1528 1529 1530 1531 1532 1533 1534 1535 1536 1537 1538 1539             1552 1553 1554 1555 1566 1577 1578 1579 1580 1581 1582 1583 1584 1585 1598      1514   1517   1520 1521 1522 1523 1524 1525 1526 1527 1528 1529 1530 1531 1532 1533 1534 1535 1536 1537 1538 1539  1541 1542     1547  1549  1551 1552 1553 1554 1555 1566 1577 1578 1578 1579 1580 1581 1582 1583 1584 1585       1513 1514 1515   1518   1521 1522 1523 1524 1525 1526 1527 1528 1529 1530 1531 1532 1533 1534 1535 1536  1538 1539 1540     1545  1547   1550 1551 1552 1553 1554 1555 1556 1557 1558 1569 1570 1571 1572 1573 1574 1575  1577       1513   1516 1517 1518 1519 1520 1521 1522 1523 1524 1525 1526 1527 1528 1529 1530 1531 1532 1533 1534  1536   1539   1542   1545 1546 1547 1548 1549 1550 1551 1552 1553 1554 1555 1566 1577 1578 1579 1580 1581 1582     1597 1508  1510 1511 1512 1513 1514 1515 1516 1517 1518 1519 1520 1521 1522 1523 1524 1525 1526 1527 1528 1529 1530 1531  1533 1534        1542 1543 1544 1545 1546 1547 1548 1549 1550 1551 1552 1553 1554 1555 1566 1577 1578 1589               1514 1515 1516 1517 1518 1519 1520 1521 1522 1523 1524 1525 1526 1527 1529 1531              1545 1546 1547 1548 1549 1550 1551 1552 1553 1554 1555 1566 1577 1578 1579  1581          1511  1513 1514 1515 1516 1517 1518 1519 1520 1521 1522 1523 1524 1525 1526 1527 1529 1530 1531 1532 1533           1544 1545 1546 1547 1548 1549 1550 1551 1552 1553 1554 1555 1566 1577 1588 1599  1511 1512  1514   1517 1518 1519 1520  1522 1523 1524 1525 1526 1527 1528 1529 1530 1531 1532 1533 1534 1535 1536    1540           1551 1552 1553 1554 1555 1566 1577 1578 1579 1580 1581 1582 1583 1584 1595    1510        1518  1520 1521 1522 1523 1524 1525 1526 1527 1528 1529 1530 1531 1532 1533 1534 1535        1543       1550 1551 1552 1553 1554 1555 1566 1577 1578 1578 1579 1580 1581 1582 1593 1594  1596        1513   1516 1517 1518 1519 1520 1521 1522 1523 1524 1525 1526 1527 1528 1529 1530 1531 1532 1533 1534     1539   1542  1544  1546 1547 1548 1549 1550 1551 1552 1553 1554 1556 1557 1558 1569 1570 1571       1578 1598       1515 1516 1517 1518 1519 1520 1521 1522 1523 1524 1525 1526 1527 1528 1529 1531    1535 1536 1537 1538  1540 1541 1542   1545 1546 1547 1548 1549 1550 1550 1551 1552 1553 1554 1555 1556 1557 1558 1559 1560           1599 1510 1511 1512 1513 1514 1515 1516 1517 1518 1519 1520 1521 1522 1523 1524 1525   1528 1529 1530 1531 1532    1536   1539 1540 1541 1542 1543 1544 1545 1546 1547 1548 1549 1550 1551 1552 1553 1554               1581 1582 1583 1584 1585 1596 1597 1508 1509 1510 1511 1512 1513 1514 1515 1516  1518 1519 1520 1521 1522        1530 1531 1532 1533 1534 1535 1536 1537 1538 1539 1540 1541 1542 1543 1544 1545   1548 1549     1554     1579 1580 1580 1581 1582 1583 1584 1585 1596 1597 1508 1509 1510 1511 1512               1527 1528 1529 1530 1531 1532 1533 1534 1535 1536 1537 1538 1539 1540 1541 1542 1543   1546 1547         1556 1557 1558 1569 1570 1570 1571 1572 1573 1574 1575 1576 1577 1578 1598               1523 1524 1525 1526 1527 1528 1529 1530 1531 1532 1533 1534 1535 1536 1537 1538 1539 1540  1542 1543         1552 1553 1554 1555 1566 1577 1578 1579 1580 1581 1582 1583 1584 1585 1596  1598          1518 1519  1521 1522 1523 1524 1525 1526 1527 1528 1529 1530 1531 1532 1533 1534 1535 1536     1541   1544   1547  1549 1550 1551 1552 1553 1554 1555 1566 1577 1578 1578 1579 1580 1581 1582 1593 1594              1517 1518 1519 1520 1521 1522 1523 1524 1525 1526 1527 1528 1529 1530 1531 1532 1533 1534           1545 1546 1547 1548 1549 1550 1550 1551 1552 1553 1554 1555 1556 1557 1558 1569 1570     1575 1576    1579 1580 1581  1583 1584 1585 1596 1597 1508 1509 1510 1511 1512 1513 1514 1515 1516 1517 1518  1521    1525  1527 1528     1533 1534 1535 1536 1537 1538 1539 1540 1541 1542 1543 1544 1545 1546 1547  1549 1550    1554        1571 1572 1573 1574 1575 1576 1577 1578 1598 1599 1510 1511 1512 1513 1514 1515    1519       1526 1527 1528 1529 1530 1531 1532 1533 1534 1535 1536 1537 1538 1539 1540 1541 1542 1543 1544              1558 1559 1560 1570 1571 1572 1573 1574 1575 1576 1578 1579 1580 1581 1592  1594  1506 1507 1508    1512 1513 1514   1517 1518 1519 1520 1521 1522 1523 1524 1525 1526 1527 1528 1529 1530 1531 1532 1533 1534 1535      1541 1542   1545 1546 1547 1548 1549 1550 1551 1552 1553 1554 1555 1566 1577 1578 1598      1514  1516 1517 1518 1519 1520 1521 1522 1523 1524 1525 1526 1527 1528 1529 1530 1531 1532 1534 1535 1536 1537 1538 1539 1540 1541 1542    1546 1547  1549  1550 1551 1552 1553 1554 1554 1555 1566 1577 1578 1579 1580 1581 1582 1583 1584 1585    1510 1511  1513   1516  1518 1519  1521 1522 1523 1524 1525 1526 1527 1528 1529 1530 1531 1532 1533 1534 1535 1536  1538 1539 1540 1541   1544  1546  1548  1550 1551 1552 1553 1554 1555 1566 1577 1578 1578 1579 1580 1581 1582 1593 1594  1510 1511     1516 1517 1518  1520  1522 1523 1524 1525 1526 1527 1528 1529 1530 1531 1532 1533 1534 1535 1536   1539 1540 1541 1542        1550 1551 1552 1553 1554 1554 1555 1556 1557 1558 1559 1560 1570 1571 1572 1573   1576 1577 1578  1599        1517 1518 1519 1520 1521 1522 1523 1524 1525 1526 1527 1528 1529 1530               1545 1546 1547 1548 1549 1550 1551 1552 1553 1554 1555 1566 1577 1578 1578
judges: Thomas, Bea, Ikuta